UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

| ANDREW NEAL DAVID | ) | |
|---|---|---|
| | ) | NO. 3:11-0343 |
| v. | ) | JUDGE SHARP |
| | ) | |
| WARDEN ROLAN COLSON | ) | |
| | ) | |

**O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

The hearing set for August 15, 2014, is hereby cancelled.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE