UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANDREW NEAL DAVIS                     )
                                      )
                                      )
        v.                            )        No.  3:11-cv-00343
                                      )        JUDGE CAMPBELL
                                      )
ROLAND COLSON, WARDEN                 )

## ORDER TO PRODUCE

An oral argument in this civil action is set for 1 pm, Tuesday, September 2, 2014.
It is hereby:

ORDERED that the State of Tennessee and/or the Tennessee Department of
Correction and/or the Warden of the institution (believed to be Riverbend Maximum
Security Institution, 7475 Cockrill Bend Boulevard, Nashville, TN 37209-1048, at the date
of entry of this Order) where plaintiff Andrew Neal Davis is presently confined, produce
and deliver plaintiff **Andrew Neal Davis, Inmate No.#34548**, to this hearing no later
than **12:45 pm on Tuesday, September 2, 2014**, to Courtroom No. 874, U.S. Courthouse,
801 Broadway, Nashville, Tennessee, before the Judge.  This Order to Produce shall be in
effect for any subsequent days that the hearing may continue.

The Clerk of Court is directed to send a copy of this Order to the Warden of
Riverbend Maximum Security Institution, 7475 Cockrill Bend Boulevard, Nashville, TN
37209-1048.

It is so ORDERED.


_____
TODD J. CAMPBELL
United States Judge for the Middle District of TN